UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA RADA,<br><br>                      Plaintiff,<br><br>   v.<br><br>ELECTRIC EEL, INC.,<br><br>                      Defendant. | NO: 4:18-CV-5142-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 26). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for dismissal with prejudice and that each party will bear its own costs and fees. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

//

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own costs and fees.

All pending motions are denied as moot. All deadlines, hearings and trial are vacated.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 10, 2019.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge